U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re<br><br>MIRANT CORPORATION, et al.,<br><br>Debtors. | Chapter 11 Case<br><br>Case No. 03-46590(DML)11<br>Jointly Administered |

### FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE AND RULE 3022 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

On December 19, 2007, the Court having heard the *Second Motion For Final Decree Pursuant To Section 350 Of The Bankruptcy Code And Rule Of The Federal Rules Of Bankruptcy Procedure 3022* (the "Second Motion")[1] filed by the New Mirant Entities seeking the entry of a final decree closing the Administered Entities; and it appearing that this Court has jurisdiction to consider the Second Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Second Motion is proper in this district in accordance with 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Second Motion having been given as set forth on the certificate of service annexed to the Second Motion and the affidavit filed by Epiq Bankruptcy Solutions, LLC; and it appearing that no other or further notice is necessary;

---

[1] Capitalized terms not otherwise defined herein have those meanings ascribed to such terms in the Second Motion.

— 1 —

**IT IS HEREBY:**

**ORDERED**, that the Second Motion is **GRANTED**; and it is further

**ORDERED**, that the twenty-one (21) chapter 11 cases as reflected on <u>Exhibit 1</u> hereto, the Administered Entities, are hereby **CLOSED**, effective as of the date hereof, without prejudice to the rights of the New Mirant Entities or any other party in interest to seek to reopen such cases for good cause shown, and the Clerk of Court may forward all records to the official record center; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

DATED: 12-19-2007

HONORABLE D. MICHAEL LYNN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

| Entity | Case Number |
|---|---|
| Mirant California Investments, Inc. | 03-46619 |
| Mirant California, LLC | 03-46620 |
| Mirant MD Ash Management, LLC | 03-46637 |
| Mirant Special Procurement, Inc. | 03-46650 |
| MLW Development, LLC | 03-46588 |
| Mirant Americas, Inc. | 03-46594 |
| Mint Farm Generation, LLC | 03-46596 |
| Mirant Americas Procurement, Inc. | 03-46615 |
| Mirant Capital, Inc. | 03-46623 |
| Mirant Chalk Point Development, LLC | 03-46625 |
| Mirant Dickerson Development, LLC | 03-46630 |
| Mirant Fund 2001, LLC | 03-46631 |
| Mirant Intellectual Asset Management and Marketing, LLC | 03-46633 |
| Mirant Portage County, LLC | 03-46646 |
| Mirant Services, LLC | 03-46649 |
| Mirant Wichita Falls, LP | 03-46659 |
| Mirant Wyandotte, LLC | 03-46660 |
| Mirant Wrightsville Investments, Inc | 03-49548 |
| Mirant Wrightsville Management, Inc. | 03-49556 |
| Wrightsville Power Facility, L.L.C. | 03-49553 |
| Wrightsville Development Funding, L.L.C. | 03-49555 |